

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of T.D.-B., a Child

No. 06-25-00054-CV

Appeal from the County Court at Law No. 2 of Gregg County, Texas (Tr. Ct. No. 2023-1964-CCL2).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin.  Memorandum Opinion delivered by Chief Justice Stevens.  Concurring Opinion by Justice van Cleef.  Dissenting Opinion by Justice Rambin.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED DECEMBER 12, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk